# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-10810 |
| | ) | |
| **CHRISTOPHER ADAM VARGA** | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| Debtor. | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |

## MOTION TO INCUR DEBT TO PURCHASE VEHICLE

Now comes Debtor, Christopher Adam Varga, by and through the undersigned counsel, and pursuant to Amended Administrative Order 98-1, hereby moves this Honorable Court for an order authorizing the incurrence of debt to purchase a new vehicle.

1. The purchase will be financed and paid outside of the plan. The payments will be between approximately $300 and $400 per month.

2. The reason for said purchase is that the debtor's current vehicle has been totaled and that Debtor requires a replacement vehicle in order to transport himself to and from work.

3. There is no unusual connection between the lender and the Debtor.

WHEREFORE, Debtor prays this Court grant Debtor's motion, enter an order authorizing Debtor to enter into the financing transaction set forth herein to purchase a vehicle, and grant such other relief as this Court deems appropriate.

Respectfully submitted,

/s/ Cory R. Hinton, Esq
Cory R. Hinton, Esq. (0085668)
8570 Mentor Ave.
Mentor, OH 44060
(440)255-7711
(440)255-3806-Fax
chinton@rghk.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Incur Debt to Purchase Vehicle was served electronically and/or by regular U.S. Mail, postage prepaid, on this 13th day of September, 2021.

<u>Debtor</u>
Christopher Adam Varga
32936 Pennsylvania Dr.
North Ridgeville, OH 44039

<u>Creditors</u>
(See attached list)

<u>Trustee</u>
Lauren A. Helbling
Chapter 13 Trustee
(Via Electronic Service)

/s/ Cory R. Hinton, Esq.
Cory R. Hinton, Esq.

ACE Cash Express
1231 Greenway Drive, Suite 700
Irving, TX 75038


ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046-3023


AT&T
AFLN, Inc.
PO Bos 3097
Bloomington, IL 61702


Big Lots Rent to Own
Progressive Leasing
256 West Data Dr.
Draper, UT 84020


Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY 14206-2317


Capital One
P.O. Box 30281
Salt Lake City, UT 84130


Cash Net USA
175 West Jackson
Suite 1000
Chicago, IL 60604


Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0025


Discover Bank
P.O. Box 15316
Wilmington, DE 19850


Discover Student Loans
PO Box 30948
Salt Lake City, UT 84130

Eagle Loan
633 Chestnut Commons Dr.
Elyria, OH 44035


Erie Auto Insurance
Erie Insurnace Group
Erie, PA 16530


Fed Loan Servicing Credit
P.O. Box 60610
Harrisburg, PA 17106-0610


First Energy Claims Dept.
76 South Main Street
Akron, OH 44308


First Premier
3820 N. Louise Ave
Tape Only
Sioux Falls, SD 57107-0145


Home Depot
Home Deport Credit Services
P.O. Box 790328
Saint Louis, MO 63179


Huntington National Bank
P.O. Box 1558
Columbus, OH 43216


Jeannie Paschal
34012 Gregory Ave.
North Ridgeville, OH 44039


Lendmark/Integrated Recovery Serv.
3840 East Robinson Rd., #224
Buffalo, NY 14228


Maria Wingert
15904 Alden Ave.
Cleveland, OH 44111


Maureen Nagle
2707 Jaycox Rd.
Avon, OH 44011

Maxland
P.O. Box 639
Parshall, ND 58770


Midland Credit Mgmt, Inc.
2365 Northside Dr., Suite 300
San Diego, CA 92108-2709


Portfolio Recovery Assoc
Riverside Commerce Center
120 Corporate Blvd, Suite 100
Norfolk, VA 23502-4962


Purchasing Power
1349 West Peachtree St. Northwest
#1100
Atlanta, GA 30309


Regional Income Tax Agency
P.O. Box 94951
Cleveland, OH 44101-4951


Rick Paschal
34012 Gregory Ave.
North Ridgeville, OH 44039


Sears Why Not Lease It
1750 Elm St.
Suite 1200
Manchester, NH 03104


SLC Student Loan Trust
P.O. Box 30948
Salt Lake City, UT 84130-0948


Sprint
Sprint Legal Dept.
PO Box 4600
Reston, VA 20195


State of Ohio Attorney General
PO Box 165009
Columbus, OH 43216

THD/CBNA
P.O. Box 6497
Sioux Falls, SD 57117-6497


Time Warner/Spectrum
IC Systems Inc.
PO Box 64378
Saint Paul, MN 55164


Vincent A. Lewis
18 W. Monument Ave.
Dayton, OH 45402


Wells Fargo Dealer Services
P.O. Box 1697
Winterville, NC 28590


Weltman, Weinberg & Reis Co., LPA
c/o Ted Traut
323 W.Lakeside Ave., Suite 200
Cleveland, OH 44113-1009